# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE SAWYER,<br><br>  Petitioner,<br><br>  v.<br><br>CONNIE GIPSON, Warden,<br><br>  Respondent. | Case No. EDCV 12-0629-SJO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 11, 2012

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE